# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| National Alliance for Accessibility, Inc. and Denise Payne, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:12-cv-00024-MR-DLH |
| vs. | ) ) | |
| W & K of Asheville, LLC, Defendant. | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2013 Order.

January 3, 2013

Frank G. Johns, Clerk
United States District Court